JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERITZEL ESCAMILLA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, a public entity, OFFICER RICHARD AUSTIN, an individual, SERGEANT IMRAN AHMED, an individual, OFFICER RAYMOND LEDEZMA, an individual, OFFICER RAMOS, an individual, and DOES 1-10<br><br>Defendants. | CASE NO. 5:25−cv−00669 MWF (SPx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>Action Filed: 1/2/2025<br><br>Trial Date: |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties and Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), all claims by Plaintiff MERITZEL ESCAMILLA ("Plaintiff") against all Defendants, including CITY OF SAN BERNARDINO, OFFICER RICHARD AUSTIN, SERGEANT IMRAN AHMED, and OFFICER RAYMOND LEDEZMA ("Defendants") as well as all current and former Defendants, as well as the Defendants' past, present and future employees, supervisors, directors, attorneys, agents, subordinates, predecessors, and successors in interest and assigns, and all other persons, firms, or corporations with

whom any of the former have been, are now, or may hereafter be affiliated, are dismissed in their entirety and with prejudice. All defenses asserted by Defendants are also dismissed in their entirety.

IT IS FURTHER DECREED that all claims for attorneys' fees and costs under 42 U.S.C. § 1988 and any other provision of law have been waived by Plaintiff and by all Defendants and that no party shall be deemed a prevailing party in this litigation.

IT IS SO ORDERED.

Dated: January 23, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

## PROOF OF SERVICE

I, COREY CARTER, declare:

I am an active member of the State Bar of California, and at the time of service I was over 18 years of age and not a party to this action.  My business address is 27240 Turnberry Lane, Suite 200 Valencia, CA 91355.

On **January 23, 2026**, I served the foregoing document described as **STIPULATION FOR DISMISSAL** on the interested parties in this action by:

**Attorney for Defendants**
LAWRENCE BEACH ALLEN & CHOI, PC
Aamir Raza, Esq. [SBN 223530]
959 South Coast Drive, Suite 260
Costa Mesa, California 92626
Telephone No.: (714) 479-0180
araza@lbaclaw.com
dpryor@lbaclaw.com
lbacocstaff@lbaclaw.com

**BY US MAIL**
[ ]   I deposited in the United States Postal Service at Valencia, California, a copy of the attached document in a sealed envelope, with postage fully prepaid, addressed to the person(s) set forth above on **January 23, 2026.**

**BY ELECTRONIC MEANS**
[X]   by electronic means under FRCP 5(b)(2)(E) on **January 23, 2026**, as follows: by filing it with the court's electronic-filing system AND by email.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on **January 23, 2026**, at Valencia, California.

_____/s/ Corey Carter_____
COREY CARTER, Esq.